

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00367-CV

| | | |
|---|---|---|
| In the Matter of M.J.-M. | § | From the County Court at Law |
| | § | of Cooke County (JV612-12) |
| | § | August 6, 2015 |
| | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Justice Bonnie Sudderth